**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GANNETT SATELLITTE                        *
INFORMATION NETWORK, LLC <u>et al</u>.    *
                                          *
    Plaintiffs,         *
                                          *
v.                                        *    Civil Action No. 18-03046 CRC
                                          *
DEPARTMENT OF DEFENSE                     *
                                          *
    Defendant           *
*    *    *    *    *    *    *    *    *    *    *    *

**<u>NOTICE OF APPEARANCE</u>**

    The undersigned counsel hereby files his Notice of Appearance on behalf of the plaintiffs in this action.

Date: January 2, 2019

                                                          Respectfully submitted,

                                                          /s/
                                                    _____
                                                    Mark S. Zaid, Esq.
                                                    D.C. Bar #440532
                                                    Mark S. Zaid, P.C.
                                                     1250 Connecticut Avenue, N.W.
                                                     Suite 700
                                                     Washington, D.C. 20036
                                                     (202) 454-2809
                                                     (202) 330-5610 fax
                                                     Mark@MarkZaid.com

                                                     Attorney for Plaintiffs