# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK, LLC and BRETT MURPHY, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, <br><br> Defendant. | Case No. 18-cv-3046 (CRC) |

## DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME

Defendant, Department of Defense ("Defendant"), pursuant to Federal Rule of Civil Procedure ("FRCP") 6(b)(1), respectfully requests an extension, up to and including February 15, 2019, of its deadline to file an Answer or otherwise respond to the Complaint (the "Complaint") in this Freedom of Information Act case. Good cause exists to grant this motion.

1. Plaintiff filed the Complaint on December 20, 2018. *See* Dkt. No. 1. Defendant's deadline to respond to the Complaint is February 1, 2019.

2. The undersigned Assistant United States Attorney and agency counsel are in the process of fully investigating the allegations and gathering the information needed to respond to the Complaint. However, due to the lengthy shutdown and furlough of the undersigned Assistant United States Attorney as a result of the lapse of appropriations to the Department of Justice and other federal agencies, Defendant respectfully requests an enlargement of time, up to and including February 15, 2019, to allow sufficient time for the undersigned Assistant United States Attorney to properly confer with agency counsel and file an answer or otherwise respond to the Complaint.

3. Defendant requests this extension in good faith and not for the purpose of delay. The requested relief will not affect any other deadlines currently imposed by the Court. Plaintiffs consent to the requested extension.

4. Defendant, accordingly, respectfully requests that the Court grant its Consent Motion for an Extension of Time and enter the attached Order.

Dated: January 31, 2019  Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: /s/ *Melanie D. Hendry*
Melanie D. Hendry
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2510
melanie.hendry2@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                            )
GANNETT SATELLITE INFORMATION      )
NETWORK, LLC and BRETT MURPHY,     )
                                                            )
      Plaintiffs,                                    )
                                                            )
      v.                                                  )    Case No. 18-cv-3046 (CRC)
                                                            )
DEPARTMENT OF DEFENSE,                      )
                                                            )
      Defendant.                                    )
_____)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Consent Motion for an Extension of Time, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED;

ORDERED that Defendant's Answer and/or other response to the Complaint shall be due on or before February 15, 2019.

SIGNED:

_____                              _____
Date                                                          United States District Judge