**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                                    )
GANNETT SATELLITE INFORMATION    )
NETWORK, LLC and BRETT MURPHY,  )
                                                                    )
            Plaintiffs,                                     )
                                                                    )
    v.                                                          )     Case No. 18-cv-3046 (CRC)
                                                                    )
DEPARTMENT OF DEFENSE,                    )
                                                                    )
            Defendant.                                    )
_____)

**ANSWER**

Defendant, Department of Defense ("Defendant"), by and through undersigned counsel, respectfully submits the following answer to Plaintiffs' Complaint filed on December 20, 2018 ("Complaint"). All allegations in the Complaint, including relief sought, are denied except when specifically admitted herein. Defendant admits, denies, or otherwise avers as follows:

**DEFENSES**

**FIRST DEFENSE**

The Complaint fails to state a claim upon which relief may be granted.

**SECOND DEFENSE**

This Court lacks jurisdiction over any of Plaintiffs' requests for relief that exceed the relief authorized by the Freedom of Information Act ("FOIA").

**SPECIFIC RESPONSES**

Answering specifically each paragraph of the Complaint, using the same headings and numbering used in the Complaint, Defendant answers as follows. Defendant denies any allegations contained in such headings.

## **COMPLAINT**

This unnumbered paragraph contains Plaintiffs' characterization of this action, not allegations of fact, and thus no response is required.

## **JURISDICTION**

1. This paragraph contains Plaintiffs' conclusions of law concerning jurisdiction, not allegations of fact, and thus no response is required. To the extent a response is deemed necessary, Defendant admits that this Court has jurisdiction over this FOIA matter.

## **VENUE**

2. This paragraph contains Plaintiffs' conclusions of law concerning venue, not allegations of fact, and thus no response is required. To the extent a response is deemed necessary, Defendant admits that venue may be found in this judicial district.

## **PARTIES**

3. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

4. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

5. This paragraph contains Plaintiffs' conclusions of law, not allegations of fact, and thus no response is required. To the extent a response is deemed necessary, Defendant admits that it is an agency for purposes of the FOIA; that the United States Central Command is a subcomponent; and that it is in possession and control of certain of the records requested in the FOIA request that is the subject of this action.

## COUNT ONE

6. Defendant admits Plaintiffs submitted a FOIA request dated June 20, 2018, and respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents.

7. In response to the first sentence, Defendant admits that it responded to Plaintiffs' FOIA request by letter dated August 3, 2018, and respectfully refers the Court to the letter for a complete and accurate statement of its contents. Defendant admits the allegations in the second sentence.

8. Defendant admits Plaintiffs submitted an appeal dated August 20, 2018, and respectfully refers the Court to the appeal for a complete and accurate statement of its contents.

9. Defendant admits the allegations in the first sentence. The second sentence contains Plaintiffs' conclusions of law, not allegations of fact, and thus no response is required.

The remainder of the Complaint consists of Plaintiffs' prayer for relief, to which no response is required. To the extent a response is required, Defendant denies that Plaintiffs are entitled to any of the relief requested in this section, or to any relief whatsoever.

Dated: February 14, 2019                Respectfully submitted,

                                        JESSIE K. LIU, D.C. Bar # 472845
                                        United States Attorney for the District of Columbia

                                        DANIEL F. VAN HORN, D.C. Bar # 924092
                                        Chief, Civil Division

                                    By: /s/ *Melanie D. Hendry*
                                        Melanie D. Hendry
                                        Assistant United States Attorney
                                        555 Fourth Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 252-2510
                                        melanie.hendry2@usdoj.gov