**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
|                                              | )  |
| GANNETT SATELLITE INFORMATION                | )  |
| NETWORK, LLC and BRETT MURPHY,               | )  |
|                                              | )  |
|         Plaintiffs,                          | )  |
|                                              | )  |
|         v.                                   | )  Case No. 18-cv-3046 (CRC)
|                                              | )  |
| DEPARTMENT OF DEFENSE,                       | )  |
|                                              | )  |
|         Defendant.                           | )  |
|_____| )  |

## THE PARTIES' JOINT STATUS REPORT

Plaintiff filed its Complaint pursuant to the Freedom of Information Act (FOIA) on December 20, 2018.  ECF No. 1.

The Defendant filed its Answer on February 14, 2019. ECF No. 6.

The parties, by and through counsel, respectfully submit this Joint Status Report in response to the Court's Minute Order dated February 14, 2019.

Defendant has completed its search for responsive documents.  Defendant has made a partial release of responsive materials.  Defendant intends to make rolling productions every sixty days of approximately 400 pages beginning on April 26, 2019; and thereafter, on the 26th day of every other month until its production is completed.  Defendant estimates that it has 1418 pages of responsive documents.

The Plaintiffs respectfully oppose the Defendant's timeline for production in one particular regard: the Plaintiffs request that this Court – absent separate and specific evidence from the defendant agency – require the rolling productions to be made every 30 days, not every 60 days. In the undersigned's experience, monthly rolling production is a more common practice

than bi-monthly production, and no explanation has been provided why the present action should be handled any differently. Indeed, at least some (if not all) of the responsive records at issue have been requested and processed by other FOIA requesters in the past.

In light of the parties' differences with respect to production schedules, they propose to continue to confer and file another joint status report on or before March 8, 2019.

| | |
|---|---|
| March 1, 2019 | Respectfully submitted, |
| /s/ <br>_____<br>Bradley P. Moss, Esq.<br>D.C. Bar #975905<br>Mark S. Zaid, Esq.<br>D.C. Bar #440532<br>Mark S. Zaid, P.C.<br>1250 Connecticut Avenue, N.W.<br>Suite 700<br>Washington, D.C. 20036<br>(202) 454-2809<br>(202) 330-5610 fax<br>Brad@MarkZaid.com<br>Mark@MarkZaid.com | JESSIE K. LIU<br>D.C. Bar 472845<br>United States Attorney<br><br>DANIEL F. VAN HORN<br>D.C. Bar 924092<br>Chief, Civil Division<br><br>By: */s/ Heather Graham-Oliver*<br>On behalf of Melanie Hendry<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>Tel: (202) 252-2520<br>E-mail: heather.graham-oliver@usdoj.gov |
| *Counsel for Plaintiff Gannett Satellite* | *Defendant's Counsel* |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK, LLC and BRETT MURPHY, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 18-cv-3046 (CRC) |

## **ORDER**

It is hereby **ORDERED** that the parties will confer and file a joint status report by March 8, 2019.

_____              _____
Date                                                        United States District Judge