UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK, LLC and BRETT MURPHY, <br><br>  Plaintiffs, <br><br>  v. <br><br> DEPARTMENT OF DEFENSE, <br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civ. A. No. 18-3046 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's October 25, 2019 Order, Plaintiffs Gannett Satellite Information Network, LLC and Brett Murphy (collectively, "Plaintiffs") and Defendant Department of Defense ("Defendant"), by and through undersigned counsel, respectfully submit this joint status report to provide an update regarding the processing of the subject Freedom of Information Act ("FOIA") request.

Since the last joint status report, the parties have resolved all remaining issues regarding the production of responsive records. The parties are currently engaging in good faith settlement discussions regarding attorneys' fees and costs, and request 60 days to conduct those negotiations and hopefully reach a resolution. The parties propose to file a further joint status report on or before January 13, 2020, at which point they reasonably anticipate being able to provide this Court with an update regarding the status of the settlement negotiations, including if briefing on attorneys' fees and costs will be necessary.

| | |
|---|---|
| Dated: November 12, 2019 | Respectfully submitted,<br><br>JESSIE K. LIU, D.C. Bar # 472845<br>United States Attorney<br><br>DANIEL F. VAN HORN, D.C. Bar # 924092<br>Chief, Civil Division<br><br>By: */s/ John Moustakas*<br>John Moustakas, D.C. Bar #442076<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2518<br>John.moustakas@usdoj.gov<br><br>*Counsel for Defendant*<br><br>*/s/ Bradley P. Moss*<br>Bradley P. Moss, Esq.<br>D.C. Bar #975905<br>Mark S. Zaid, Esq.<br>D.C. Bar #440532<br>Mark S. Zaid, P.C.<br>1250 Connecticut Avenue, N.W.<br>Suite 700<br>Washington, D.C. 20036<br>(202) 454-2809<br>Brad@markzaid.com<br>Mark@markzaid.com<br><br>*Counsel for Plaintiffs* |